New York Central and Hudson River Railroad Company, Plaintiff, v. Edmund P. Cottle et al., Respondents, and The People of the State of New York, Appellant.

*Decedent's estate — title to award in condemnation proceedings — escheat.*

N. Y. C. & H. R. R. R. Co. v. *Cottle*, 187 App. Div. 131, affirmed.

(Argued April 12, 1920; decided April 27, 1920.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 21, 1919, which affirmed an order of Special Term denying a motion to confirm the report of a referee in a proceeding to determine the right, title and interest of the various defendants to an award in condemnation proceedings. The controversy arose over the claim of the state that the former owner of the condemned property, although he left a will, died intestate as to the real estate in question and, he having no next of kin, the same escheated to the state.

*Charles D. Newton*, Attorney-General (*Wilber W. Chambers* and *Clarence R. Cummings* of counsel), for appellant.

*Adelbert Moot, Edmund P. Cottle, Charles F. Blair* and *Harold J. Adams* for respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Hogan, Cardozo, McLaughlin, Crane and Elkus, JJ.